This IS the Corrected Address
for the Business LOSS, LaSER &
ENVY ME Weight
MORE                Ste. B-650
11300 Katy freeway
        TX   77043
Houston, TX

United States Courts
Southern District of Texas
F I L E D

APR 27 2023

Nathan Ochsner, Clerk of Court